*22,447-01*

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk



## State Counsel for Offenders

### A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

July 10, 2015

Michael Caddie #408109
Jester IV Unit
4 Jester Rd.
Richmond, TX 77406

Dear Mr. Caddie:

Enclosed are your documents. Based on the Court clerk's file stamp, they appear to have been returned to you by the Court.

Our office is unable to assist pro se (on their own) inmate litigants.

If an outside contact is unable to help you, you can find the contact information for free world attorneys in the <u>Texas Legal Directory</u> (aka Blue Books) in the unit law library.

Sincerely,

Joyce Logue, Staff Attorney
Legal Services

JLO/fk
c:File



"(Cover Sheet)"
STATE OF TEXAS

vs.

TDCJ-CID
MICHAEL JOSEPH CADDIE #408109 BM
SID# 03584950

Michael Caddie 408109

CASE NO# : 01-03-00057-CV

CASE NO# : 01-86-00010-CR

CASE NO# : 01-03-00570-CR
WR22,447-01

CAUSE NO# : 419,171 A

[Jury Trial]

Oct 15-21, 1985 _ 339th DIST. Court

[30yrs.] AGO: _ (1985-2015)

"POST-CONVICTION"

PRESIDING JUDGE: [Trial Oct.1985]

NORMAN E. LANFORD (wk!!! BUT,

WAS "REPLACED" BY A: Substitute Judge (wk)
(NAME UNK) !!! "WHO" "PRESIDED" AT MY Jury

Trial (Oct 15-21, 1985).

at

RECEIVED
JUN 2 4 2015
OFFICE OF THE CLERK
SUPREME COURT, U.S.

[HOUSTON (HARRIS CO), TX

MICHAEL JOSEPH GADDIE #1708109. TDCJ·CID
JESTER·4·UNIT /D343/SID#05380950
#4 JESTER ROAD
RICHMOND, TX. 77406-8514

(FRI.17th JUL.2015)

TX·(Court·of·Criminal·Appeals)
(Capitol·Station)
P. O. BOX 12,308
ATTN: LOUISE PEARSON, CLERK
AUSTIN, TX.                78711

MS. L. PEARSON,

    PLEASE, REGARD, THE ENCLOSED!. FOR,
THIS, IS [WHAT?] I AM REQUESTING!?!?
    THANK(S) A LOT(S)!!!!

                              Respectfully,,



MICHAEL JOSEPH CADDIE #408109 (BM) TDCJ-CID
JESTER-4-UNIT /D343/ SID#03584950 - - - - -
#4 JESTER ROAD
RICHMOND, TX. 77406-8544

~~(address)~~ (MON. 6th JULY 2015)

~~US SUPREME Court & Court of Appeals~~
~~One 1st Street~~
~~Washington DC~~

- STATE COUNSEL FOR OFFENDERS
- LEGAL SERVICE SECTION
- P. O. BOX 4005
- HUNTSVILLE, TX. 77342-4005

• MR. JUSTICE,
    (Oct. - Nov. 2014)
— ON, ~~(scribbled)~~ ! AND, ON (MANY) OTHER

OCCASIONS!!! IVE, ADDRESSED, MY [—CRIMINAL·

·Legal·CASE] OF! [ AGG. SEXUAL. ASSAULT ]

TO YOUR OFFICE! TO, YOURS, SINCERELY!        EN-

-TAILING, MY [INNOCENCY ] !!!                    AS,

WELL, AS (REQUESTING) A: (Full PARDON) & (EXONE-

-RATION)??? AUTHORIZED, BY, THE (STATE ·OF· ——

TEXAS)[GOV. GREGG ABBOTT] @ (AUSTIN, TX.) AND

THE, [U.S. President: BARACK Obama]—@

(WASHINGTON, DC.)???



P5

PLEASE-NOTE] ; [I AM] (REQUESTING), A : (--- FULL
. PARDON) & (EXONERATION) "DUE,
TO : [RACIAL DISCRIMINATION] THAT WAS (EXERCIZ-
ED)[THRU-OUT] MY (Jury Trial )(--- Oct
15-21, 1985)!!! SOME, NEARLY, (31) YRS. (1985-
-2015) AGO !!!

— THANKS A LOT! ![SHAKE () FOR ()] ![MR.
MR. WM.K. SUTER] [MR.
JUSTICE]! [Your Honor]! [SIR] ![MADAM]!
ATTORNEY]

Respectfully,

P.S.) I, NOW, (AWAIT) ___ YOUR URGENT [RE
-PLY]???

Respectfully,

P.S.S) PLEASE, MAKE, "REFERENCE"_ TO--- (COR-
-RESPONDENCE)_ DATED (           )
AS, INDICATED, ON (pg # 1)?

MICHAEL JOSEPH CADDIE #408109 (B/M) TDCJ.CID
JESTER 4 UNIT/D3.43/SID #03584950 — P8
#4 JESTER ROAD
RICHMOND, TX. 77406-8511

(MON. 6th JULY. 2015)

[STATE. COUNSEL. FOR. OFFENDERS ——]
    (LEGAL. SERVICE. SECTION)
P.   O.   BOX 4005
HUNTSVILLE, TX. 77342-4005

MR./MRS. ATTORNEY,

    THIRTY. YRS. "(30 yrs)", AGO! "(1985-2015)". I,
WAS, (WRONGFULLY & FALSELY) INDICTED,① CHARG-
ED,② CONVICTED,③ SENTENCED, &④ IMPRISONED! BY,
A,: [HOUSTON (HARRIS CO.), TX.] GRAND. JURY! AND,
BY, AN ("ALL-WHITE") RACIST JURY! AS, WELL, AS,
BY ("ALL-WHITE") RACIST [PROFESSIONAL. WITNESSES
  INCLUDING: ①POLICE. OFFICER(W/M)s, ②   M.D.
  DR(s)(W/M)s, ③NEUROSURGEON(s)(W/M)s, ④(W/M)s &(W/F)s [WIT-
  NESSES] &⑤ADULT. NEGRO(W/F)s, ETC!!!—"FOR,
A, "(30 yrs.)" (1985-2055) PERIOD!————"FOR,
THE "OFFENSE" OF, [AGG. SEXUAL ASSAULT]! IN-
VOLVING, A, (W/F.) [MISS DONNA        KAYE
REYNOLDS (W/F)! OF [HOUSTON (HARRIS. CO.), TX.]

AGE: THEN [Oct. 1985] 24yrs. old WF! MYSELF

AGE: THEN [Oct. 1985] 32yrs. old BM !!!

## [Rape Kit]

A, [RAPE KIT], WAS [TAKEN & CONDUCTED] OF THE [COMPLAINANT] MISS DONNA KAYE REYNOLDS WF! BY, A, [SGT. RALPH YARBROUGH] "DETECTIVE" OF THE, [H.P.D. S.C.U.] ON, (SUN. 20th JANUARY 1985)! (DATE OF CRIME)! AND, THE, [RAPE KIT] RETURNED BACK [NE-GATIVE]!!! [NO] TRACE of (SPERM. OR. SE-MEN)!!! COMMENT: "WHERES, THE, [-Act. or PERFORMANCE]" OF, [AGG. SEXUAL. ASSAULT]=

## [REYNOLDS. CONFESSION]:

DURING, [Jury Trial] (Oct. 15-21, 1985)! IN, THE, [339th DIST. COURT] @ [HOUSTON, HARRIS. CO.] TX.]!!! "————————" IT WAS "TESTIFIED" BY THE [COMPLAINANT] MISS DONNA KAYE REYNOLDS WF! ON, [SIX [SEPARATE. OCCASIONS] THAT

THERE, WERE [NO] (SEXUAL. ENCOUNTER) BET-
WEEN US!!! ——————————— [3]

(PER SE) TIMES — TO THE; (STATES. PROSECU-
TOR): [MS. ROBIN BROWN (XLF)! —— "HAVING,
THE, SAME: ①AGE ②SEX ③GENDER ④RACE — AS
THE [COMPLAINANT]: (MISS DONNA KAYE
REYNOLD (XLF)! COMMENT: "THIS, WAS-NOT, FAVORA
-BLE" TO MY "DEFENSE"! AS, A, (32yrs) OLD

[3] (PER SE) TIMES — ON; (CROSS. EXAMINATION)
TO MY (STATES. Court-Appointed) ATTY: [DAVID
ROBERT SILVERSA (WM) [TBA #18448000]!

THAT, THERE, WERE [NO] (SEXUAL. ENCOUNTER) BET-
WEEN US!!!

      [NO]" TESTIMONY

 I, DID'NT, MAKE A: [TESTIMONY] TO (DE-
FEND) MYSELF DURING (Jury. TRIAL) (Oct.
15-21, 1988)! BY-[NOT], TAKING THE: [WIT-
NESS. STAND]" !!!

## "DNA"

THERE, WERE, [NO "DNA" SAMPLE] EXIBITED, DURING, (JURY TRIAL) (OCT. 15-21, 1985) SO ME, NEARLY, "30", YRS. AGO! (1985-2015)!

## [SUMMARY]:

(MISS DONNA KAYE REYNOLDS (WF. WAS "NOT" [ALLEG'LY. KIDNAPPED] BY ME!! ON, ( — SURE, 20th JAN. 1985!!! FATHER!

["SHE], CONSENTED, TO COME (UPSTAIRS) TO MY [APMT]: (TIFFANY. PLACE. APMTS [---", 315 FONDREN ST. (SOUTHWEST) (HOUSTON, (HARRIS. CO.), TX. 77035)! TO, KEEP, WARM, AS, I (ATTEMPTED), TO CHANGE (Coolant OR. ANTI-FREEZE) TO HER VEHICLE_A "[GOLD. PONTIAC. FIREBIRD]"!!! ON, THAT, VERY (COLD) JANUARY. NIGHT (1.20.1985)! IT, WAS, [O°below O]"!!! NOR! WAS, [SHE (SEXUALLY. ASSAULTED) BY ME!! A MEMBER. THE (RAPE-kit) RETURNED

BACK [NEGATIVE] !!! NEITHER !
WAS [SHE STRUCK] IN. OR. BEHIND THE
HEAD" WITH A: (12" CRESCENT WRENCH)', AS
2 TWO LOCAL "NEUROSURGEONS" OF
[MEMORIAL HERMANN (SW) HOSP.] HAS
IT; [DR. ALAN LOCKWOOD (MA) &] --- DR.
RALPH FRIEDMAN (MA)] --- @ --- (HOUSTON
TX.) HAR IT! DURING, (JURY·TRIAL) (Oct.
15-24, 1985)! !! SOME, NEARLY "30" YRS.
AGO ["1985-2015"] !!!

[CONC']

I, WAS, [ORIGINALLY], CHARGED WITH "3"
"OFFENSES"! "AGG. KIDNAPPING, "AGG. SEXUAL
ASSAULT, & ATTEMPTED·CAPITAL·MURDER'! "BUT,
AFTER, AN; [INTENSE INVESTIGATION] BY
LOCAL [LAW·ENFORCEMENT] AGENCIES'
AND, THE, H.P.D.'S. C.C.U.! "2 TWO OF THE
"CHARGES"! "AGG·KIDNAPPING & [ATTEMPTED
·CAPITOL·MURDER] WAS (DROPPED/DIS
-MISSED)"! AND, I WAS (CHARGED THEN



TO [JURY TRIAL] (Oct. 15-21, 1985)! "OR,
THE [LATTER or REMAINDER] OF " [AGG.
SEXUAL ASSAULT] "!!!                    SOME,
NEARLY "30" YRS. AGO (1985-2015)! ( (

___ THANKS A LOTS!!! [MR./MRS. ATTORNEY]!
[YOUR HONOR] [SIR/MADAM] "!!!

                                    Respectfully,

[PLEASE NOTE]: [I AM] AN [INDIGENT OFFEN-
DER]" WHO'S (SEEKING) (LEGAL REPRESENTA-
TION)? REGARDING, MY (GETTING) A "FULL
PARDON & EXONERATION)" AUTHORIZED
BY THE "(STATE OF TEXAS) GOV. ———GREG
ABBOTT [@ AUSTIN, TX)!              "AND
BY THE" U.S. President: ——— BARACK
OBAMA [@ WASHINGTON, D.C.)
___ THANKS A LOTS!!!

                                    Respectfully,

[REMORSEFULNESS]:

TODAY!!! [I AM], VERY, (REGRETFUL & RE-morseful) ABOUT & CONCERNING THE [MINOR. INJURIES] I CAUSED TO: (MISS DONNA KAYE REYNOLDS (WF) ON, THAT, VERY (COLD) [JANUARY · NIGHT] OF: (SUN. 20th JAN. 1985)! ——— ACCIDENTALLY! AF-TER, MY, (LAWFULLY·WEDDED·WIFE) FIL-ED, FOR, A [DIVORCE]!!! —— "AFTER (12 yrs.) OF [MARRIAGE]" !!!

AGAIN! I AM, VERY (REMORSEFUL & REGRETFUL) TODAY!!!

Respectfully,